UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HDI GLOBAL SPECIALTY SE,<br><br>Plaintiff,<br><br>v.<br><br>B3 EVENT SERVICES, LLC, LIVE NATION ENTERTAINMENT, INC., LIVE NATION CONCERTS, INC., LIVE NATION WORLDWIDE, INC., INSOMNIAC HOLDINGS, LLC, JEFF TRISLER, EDDIE ESCAMILLA and BLANCA ESCAMILLA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF BRANDY ESCAMILLA, EDWARD ESCAMILLA, JOHN RUIZ and ANITA MILLER-RUIZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF JOSILYN RUIZ, JONATHAN RUIZ, JULIA RUIZ, LILY LUKSICH, and ANDREW CUADRA,<br><br>Defendants. | NO. 2:25-cv-01205-JHC<br><br>ORDER OF PARTIAL DISMISSAL WITH PREJUDICE |

Pursuant to the stipulation of the parties (Dkt. # 43) and good cause appearing, IT IS HEREBY ORDERED that all claims, causes of action, and parties in this action are DISMISSED with prejudice and without costs or attorneys' fees to any party, except that: (1) Plaintiff HDI Global Specialty SE and Defendants Live Nation Entertainment, Inc., Live Nation

Worldwide, Inc., Insomniac Holdings, LLC, and Jeff Trisler shall remain parties to this action and the Complaint (Dkt. # 1); (2) the Counterclaims asserted by Defendants Live Nation Entertainment, Inc., Live Nation Worldwide, Inc., and Insomniac Holdings, LLC against Plaintiff HDI Global Specialty SE (Dkt. # 32) shall not be dismissed; and (3) all case deadlines are stayed for an additional 45 days up to and through November 23, 2026, to allow these remaining parties time to finalize the resolution of the remaining disputes among them.

IT IS SO ORDERED on this 13th day of October, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE